UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBINSON DE LA CRUZ,

Plaintiff,

-against-

CITY OF YONKERS, et al.,

Defendants.

26-CV-6820 (JGLC)

**ORDER OF SERVICE**

JESSICA G. L. CLARKE, United States District Judge:

Plaintiff, who is currently appearing *pro se*, brings this action under 42 U.S.C. § 1983, alleging that Defendants violated his constitutional rights. By Order dated November 19, 2026, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees. The Court now directs service on Defendants.

**DISCUSSION**

Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on assistance from the Court and the U.S. Marshals Service to effect service.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

To allow Plaintiff to effect service on Defendants through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Defendants. The Clerk of Court is further instructed to deliver to the

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the Court has previously extended the deadline for service to **February 8, 2027**. *See* ECF Nos. 33, 35.

Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendants.

If the complaint is not served by **February 8, 2027**, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

**CONCLUSION**

The Clerk of Court is instructed to complete the USM-285 form with the address for each Defendant and deliver to the U.S. Marshals Service all documents necessary to effect service.

The Clerk of Court is also directed to mail this Order and an information package to Plaintiff.

SO ORDERED.

Dated: November 19, 2026
White Plains, New York

Jessica Clarke

Jessica G. L. Clarke
United States District Judge

**SERVICE ADDRESS FOR EACH DEFENDANT**

1. City of Yonkers
   40 South Broadway, Suite 300
   Yonkers, NY 10701

2. City of Yonkers Police Officer Charles Carroll III
   104 South Broadway
   Yonkers, NY 10701

3. City of Yonkers Police Officer Jason Parillo
   104 South Broadway
   Yonkers, NY 10701

4. City of Yonkers Police Officer Michael Malizia
   104 South Broadway
   Yonkers, NY 10701

5. City of Yonkers Police Officer Joseph Ganemian
   104 South Broadway
   Yonkers, NY 10701

6. City of Yonkers Police Officer Raul Mendez
   104 South Broadway
   Yonkers, NY 10701

7. City of Yonkers Police Officer Stuart Barksdale
   104 South Broadway
   Yonkers, NY 10701

8. City of Yonkers Police Officer Rawlie Phillip
   104 South Broadway
   Yonkers, NY 10701

9. City of Yonkers Police Officer Andrew Rauso
   104 South Broadway
   Yonkers, NY 10701

10. City of Yonkers Police Officer Angela Vignogna
    104 South Broadway
    Yonkers, NY 10701

11. City of Yonkers Police Officer Molly Boyle
    104 South Broadway
    Yonkers, NY 10701

12. City of Yonkers Police Officer Theresa Gottron
104 South Broadway
Yonkers, NY 10701